Jeremy T. Bergstrom, Esq.
Arizona Bar No. 6904
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV 89052
(702) 369-5960 / FAX (702) 369-4955
File No. 10-93132

Attorneys for Movant,
NATIONSTAR MORTGAGE LLC

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:

ANDY S. MANRIQUE,

    Debtor.

NATIONSTAR MORTGAGE LLC,

    Movant,

vs.

ANDY S. MANRIQUE, Debtor; JILL H. FORD, Trustee,

    Respondents.

Chapter 7

Case No.: 2:10-BK-33580-SSC

**Property Address**
5255 South Monaco Drive
Tempe, AZ 85283

## ORDER TERMINATING THE AUTOMATIC STAY

The Motion for Relief having been properly served, with no opposition filed herein, this Court makes its Order as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy case is extinguished for all purposes as to Movant, NATIONSTAR MORTGAGE LLC, its assignees and/or successors in interest with respect to the subject Property generally described as 5255 South Monaco Drive, Tempe, AZ 85283 ("Property" herein) and legally described as follows:

1

Case 2:10-bk-33580-BKM    Doc 63    Filed 10/19/11    Entered 10/19/11 14:33:28    Desc
Main Document - Motion for Relief from Stay (150.00 fee)    Page 1 of 2

LOT 2, KNOELL VILLE MONACO, A SUBDIVISION RECORDED IN BOOK 155 OF MAPS, PAGE 27, RECORDS OF MARICOPA COUNTY, ARIZONA

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order shall be binding in any conversion of the subject bankruptcy proceeding.

IT IS SO ORDERED this _____ day of _____, 2011.

_____
UNITED STATES BANKRUPTCY JUDGE

Submitted by:

                       MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated: October 4, 2011    By: _____
                                    Jeremy T. Bergstrom, Esq.
                                    Attorney for Secured Creditor

10-93132/azord.dot/ajp