B6A (Official Form 6A) (12/07)

In re  **ANDY S. MANRIQUE**, Case No. **2:10-bk-33580**
Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **HOUSE AND LAND:** Location: 1956 E. CORNELL DR., Tempe AZ 85283 (VALUE BASED ON ZILLOW.COM; APPRAISAL BEING OBTAINED) | Fee simple | - | 169,100.00 | 277,773.51 |
| **RENTAL CONDO:** Location: 1924 E. DUKE DR., Tempe AZ 85283 (VALUE BASED ON ZILLOW.COM; APPRAISAL BEING OBTAINED) | Fee simple | - | 88,600.00 | 142,522.49 |
| **RENTAL CONDO:** Location: 5255 S. MONACO DR., Tempe AZ 85283 (VALUE BASED ON ZILLOW.COM; APPRAISAL BEING OBTAINED) | Fee simple | - | 88,800.00 | 136,346.73 |
| **WINSLOW PROPERTY OWNED AT DATE OF FILING, NOW FORECLOSED** | | - | 0.00 | 0.00 |
| | | Sub-Total > | 346,500.00 | (Total of this page) |
| | | Total > | 346,500.00 | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **NAVY FEDERAL CREDIT UNION - CHECKING ACCOUNT** | - | $150.00 |
| | | **BANK OF AMERICA - CHECKING ACCOUNT** | - | $300.00 |
| | | **NAVY FEDERAL CREDIT UNION - SAVINGS ACCOUNT** | - | $25.00 |
| | | **BANK OF AMERICA - SAVINGS ACCOUNT** | - | $25.00 |
| | | **DESERT SCHOOLS FEDERAL CREDIT UNION - SAVINGS ACCOUNT** | - | $75.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **HOUSEHOLD GOODS AND FURNISHINGS: SOFA, TABLE, TV, BED, DRESSERS, WASHER, DRYER, REFRIGERATOR, MISCELLANEOUS APPLIANCES AND UTENSILS** | - | $4,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **MISC. PICTURES** | - | $50.00 |
| 6. Wearing apparel. | | **CLOTHING AND COSTUME JEWELRY** | - | $500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **38 FIREARM** | - | $100.00 |

In re   **ANDY S. MANRIQUE**                  Case No. _____
         **Debtor**                                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **32 FIREARM** | - | $100.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **LIFE INSURANCE (TERM ONLY)** | - | $0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **NAVY PENSION** | - | 100% |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **ASM PROPERTIES, LLC (ASSET IS US BANK CHECKING ACCOUNT)** | - | Unknown |
| | | **FIL-AM PROPERTIES, LLC (ASSETS ARE BUSINESS BUILDING: Location: 1325 E. UNIVERSITY DR., Tempe AZ 85281 WITH LIEN TO AMRESOC WITH A 1ST LIEN OF $271,397.38 AND A 2ND OF $42,731.16 AND US BANK CHECKING ACCOUNT) APPRAISAL BEING DONE TO DETERMINE VALUE.** | - | Unknown |
| | | **NEW IMAGE DENTISTRY, LLC (ASSET IS BANK OF AMERICA CHECKING ACCOUNT; ACCOUNTS RECEIVABLE BEING CALCULATED, 2 COMPUTERS, DENTAL EQUIPMENT, DEBT OF APPROX. $85,000 TO VERNON EDDLEMON) APPRAISAL BEING DONE TO DETERMINE VALUE.** | - | Unknown |
| | | **FIL-AM DENTAL, INC. - THIS IS DEBTORS CORPORATION HE USED TO REPAIR DENTAL EQUIPMENT (ASSET IS CHASE BANK ACCOUNT; ACCOUNTS RECEIVABLE BEING CALCULATED, 2 COMPUTERS, 3 DESKS, 2005 DODGE SPRINTER VAN (JOINT WITH ANDY MANRIQUE) AND 2007 CHEVY SILVERADO 2500; DEBTS OF $60,000+ AND DENTAL EQUIPMENT WITH DEBT OF $75,955.65+ TO LYON FINANCIAL SERVICES) APPRAISAL BEING DONE TO DETERMINE VALUE.** | - | Unknown |

B 6B (Official Form 6B) (12/07) - Cont.

In re  **ANDY S. MANRIQUE**                                        Case No. _____
               **Debtor**                                                                   **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **POTENTIAL LEGAL MALPRACTICE CLAIM AGAINST FORMER ATTORNEY JONATHAN ELGART** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

B 6B (Official Form 6B) (12/07) - Cont.

In re **ANDY S. MANRIQUE**  
    **Debtor**

Case No. _____  
    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 PORSCHE 911 TURBO** | - | $66,007.00 |
| | | **2005 MERCEDES G55 (WAS OWNED JOINTLY WITH FIL-AM DENTAL, INC. AT TIME OF FILING; NOW OWNED ONLY BY DEBTOR)** | - | $41,680.00 |
| | | **2005 DODGE SPRINTER VAN - 50% INTEREST LISTED (JOINT WITH FIL-AM DENTAL, INC.)** | - | $6,076.50 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                                  Total >  $119,088.50

(Report also on Summary of Schedules)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:  ☒ Check if debtor claims a homestead exemption that exceeds $146,450.*
(Check one box)

☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| HOUSE AND LAND: Location: 1956 E. CORNELL DR., Tempe AZ 85283 (VALUE BASED ON ZILLOW.COM; APPRAISAL BEING OBTAINED) | Ariz. Rev. Stat. § 33-1101(A) | 150,000.00 100% OF FMV | 169,100.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| NAVY FEDERAL CREDIT UNION - CHECKING ACCOUNT | Ariz. Rev. Stat. § 33-1126A9 | 150.00 | 150.00 |
| **Household Goods and Furnishings** | | | |
| HOUSEHOLD GOODS AND FURNISHINGS: SOFA, TABLE, TV, BED, DRESSERS, WASHER, DRYER, REFRIGERATOR, MISCELLANEOUS APPLIANCES AND UTENSILS | Ariz. Rev. Stat. § 33-1123 | 4,000.00 | 4,000.00 |
| **Wearing Apparel** | | | |
| CLOTHING AND COSTUME JEWELRY | Ariz. Rev. Stat. § 33-1125(1) | 500.00 | 500.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| 38 FIREARM | Ariz. Rev. Stat. § 33-1125(7) | 100.00 | 100.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| NAVY PENSION | Ariz. Rev. Stat. § 9-931 | 100% | 0.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2005 MERCEDES G55 (WAS OWNED JOINTLY WITH FIL-AM DENTAL, INC. AT TIME OF FILING; NOW OWNED ONLY BY DEBTOR) | Ariz. Rev. Stat. § 33-1125(8) | 5,000.00 | 41,680.00 |
| | Total: | **159,750.00** | **215,530.00** |

*Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.
Schedule of Property Claimed as Exempt consists of 1 total page(s)

Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com  Best Case Bankruptcy