**CAMPBELL & COOMBS, P.C.**
1811 S. Alma School, Suite 225
Mesa, Arizona 85210
Phone: (480) 839-4828
Fax: (480) 897-1461
heciii@haroldcampbell.com
vincnt@haroldcampbell.com

Harold E. Campbell
State Bar No. 005160
Vincent R. Mayr
State Bar No. 013954
*Attorneys for Debtor*

## IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ANDY S. MANRIQUE<br>                   Debtor. | Chapter 11 Proceeding<br><br>Case No. 2:10-BK-33580-BKM<br><br>**MOTION TO ENFORCE SETTLEMENT AGREEMENT, CANCEL OR CONTINUE TRUSTEE'S SALE AND PROVIDE ACCURATE REINSTATEMENT FIGURES** |

Comes now, Andy S. Manrique, Debtor, for his Motion to Enforce Settlement Agreement, Cancel or Continue Trustee's Sale and Provide Accurate Reinstatement Figures states as follows:

1.      This Chapter 11 Case was filed on October 19, 2010.

2.      Debtor filed his Chapter 11 Plan on February 28, 2013 [Docket No. 126].

3.      One West bank, FSB as Servicing Agent for U.S. Bank National Association, as Trustee for the Lex2006-10N, its assignees and/or successor filed its Objection to the Plan on April 3, 2013 [Docket No. 133].

4.      One West and the Debtor entered into a Stipulation resolving the Objection on September 27, 2013 [Docket No. 170]. The Stipulation was approved by Order dated December 23, 2013 [Docket No. 177].

5.      The Stipulation Resolving the Objection [Docket No. 170] and the Order Approving the Stipulation [Docket No. 177] were incorporated into the

Stipulated Order Confirming Debtor's Chapter 11 Plan. [Docket No. 193].

6. Debtors Chapter 11 Plan was confirmed by Stipulated Order Confirming Debtor's Chapter 11 Plan dated March 19, 2014.

7. The Confirmed Plan binds One West Bank, FSB, as Servicing Agent for U.S. Bank National Association, as Trustee for the LEX2006-10N, its assignees and/or successors in interest; it binds U.S. Bank National Association, as Trustee for the LEX2006-10N, its assignees and/or successors in interest; and it binds any subsequent servicing agents of U.S. Bank National Association.

8. The servicing of the U.S. Bank National Association obligation was transferred away from One West Bank, FSB at some point in time, and it is presently vested in Ocwen Loan Servicing, LLC.

9. The Stipulated Order Confirming Debtor's Chapter 11 Plan requires Debtor to make payments of $ 541.16 per month for thirty years. (See Docket No. 193, page 3, numbered lines 20 through 22.).

10. The Stipulation Resolving Objection to Chapter 11 Plan provides the following relevant default provisions:

"7. In the event of any future default on any of the above-described provisions, inclusive of this Stipulation, Secured Creditor shall provide written notice via certified mail at the last known address of the Debtor and to the Debtor's counsel of recording indicating the nature of the default. Barring any bona-fied legal dispute, if the Debtor fails to cure the Default with certified funds and after the passage of thirty (30) calendar days for the date of said written notices are placed in the mail, then the Automatic Stay shall terminate and Secured Creditor may proceed to foreclose its security interest...without further notice, order or proceeding of this Court. If there is a bona-fide legal dispute relating to the alleged default, debtor will advise Secured Creditor within the thirty (30) day period and immediately have a court hearing set for the bankruptcy judge to consider the matter..." (See page 25 of the Stipulated Order Confirming Debtor's Chapter 11 Plan at

numbered lines 2. Through 19.)

11.     Debtor submits that a dispute arose between the parties, a number of communications were had between the debtor and representatives from Ocwen, and that Ocwen has failed to comply with the Default Provisions set forth in paragraph 10. above.

12.     Ocwen has rejected payments from the Debtor and has failed to advise of an appropriate reinstatement figure.

13.     Ocwen has set a Trustee's Sale of Debtor's property located at 1924 East Duke Drive, Tempe, Arizona 85283 in violation of the Chapter 11 Confirmation Order and the parties' Stipulation Resolving Objection to Chapter 11 Plan. [Copy of Trustee's Sale Notice and related paperwork set forth as Exhibit "A")

WHEREFORE, Debtor respectfully requests that this Honorable Court Order that

1)     the Trustee's Sale be cancelled, or continued, as is appropriate,

2)     that Ocwen and U.S. Bank National Association, as Trustee be ordered to provide the debtor with a current, accurate reinstatement fee,

3)     that Ocwen and U.S. Bank National Association, as Trustee be denied any reimbursement for the costs of the Trustee's Sale, for the reason that they did not comply with the default provisions set forth in the Stipulate Order Confirming,

4)     that Ocwen and U.S. Bank National Association, as Trustee be ordered to comply with the terms of the Stipulated Order Confirming,

5)     that Ocwen and/or U.S. Bank National Association, as Trustee be ordered to pay debtor's attorney's fees in this matter, and

6)     for such other and further relief as is appropriate under the circumstances.

**DATED** this 12th day of October, 2016.


**CAMPBELL & COOMBS, P.C.**


By:    /s/ *Vincent R. Mayr 013954*
         Harold E. Campbell
         Vincent R. Mayr
         *Attorneys for Debtor*

ORIGINAL filed ECF and
COPY mailed this 12th day
of October, 2016 to:

Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706

and

OCWEN LOAN SERVICING, LLC   **LOAN NO. 7190756549**
PO BOX 24276
WEST PALM BEACH, FL 33416-4726

and

WESTERN PROGRESSIVE – ARIZONA, INC. (TRUSTEE)
NORTHPARK TOWN CENTER
1000 ABERNATHY RD NE; BLDG 400, SUITE 200
ATLANTA GA 30328
**TRUSTEE SALE NO: 2016-00510-AZ**

and

U.S. BANK NATIONAL ASSOCIATION,
as Trustee for LEHMAN XS TRUST MORTGAGE PASS-
THROUGH CERTIFICATES, SERIES 2006-10N
C/O OCWEN LOAN SERVICING, LLC.
1661 WORTHINGTON ROAD
WEST PALM BEACH, FL 33409

By /s/ VRM 013954
**VINCENT R. MAYR**

**EXHIBIT "A" – TRUSTEE SALE NOTICE AND RELATED PAPERS**
**EXHIBIT "A" – TRUSTEE SALE NOTICE AND RELATED PAPERS**
**EXHIBIT "A" – TRUSTEE SALE NOTICE AND RELATED PAPERS**
**EXHIBIT "A" – TRUSTEE SALE NOTICE AND RELATED PAPERS**
**EXHIBIT "A" – TRUSTEE SALE NOTICE AND RELATED PAPERS**
**EXHIBIT "A" – TRUSTEE SALE NOTICE AND RELATED PAPERS**
**EXHIBIT "A" – TRUSTEE SALE NOTICE AND RELATED PAPERS**
**EXHIBIT "A" – TRUSTEE SALE NOTICE AND RELATED PAPERS**
**EXHIBIT "A" – TRUSTEE SALE NOTICE AND RELATED PAPERS**
**EXHIBIT "A" – TRUSTEE SALE NOTICE AND RELATED PAPERS**
**EXHIBIT "A" – TRUSTEE SALE NOTICE AND RELATED PAPERS**
**EXHIBIT "A" – TRUSTEE SALE NOTICE AND RELATED PAPERS**
**EXHIBIT "A" – TRUSTEE SALE NOTICE AND RELATED PAPERS**
**EXHIBIT "A" – TRUSTEE SALE NOTICE AND RELATED PAPERS**
**EXHIBIT "A" – TRUSTEE SALE NOTICE AND RELATED PAPERS**
**EXHIBIT "A" – TRUSTEE SALE NOTICE AND RELATED PAPERS**
**EXHIBIT "A" – TRUSTEE SALE NOTICE AND RELATED PAPERS**
**EXHIBIT "A" – TRUSTEE SALE NOTICE AND RELATED PAPERS**
**EXHIBIT "A" – TRUSTEE SALE NOTICE AND RELATED PAPERS**
**EXHIBIT "A" – TRUSTEE SALE NOTICE AND RELATED PAPERS**
**EXHIBIT "A" – TRUSTEE SALE NOTICE AND RELATED PAPERS**
**EXHIBIT "A" – TRUSTEE SALE NOTICE AND RELATED PAPERS**
**EXHIBIT "A" – TRUSTEE SALE NOTICE AND RELATED PAPERS**
**EXHIBIT "A" – TRUSTEE SALE NOTICE AND RELATED PAPERS**
**EXHIBIT "A" – TRUSTEE SALE NOTICE AND RELATED PAPERS**
**EXHIBIT "A" – TRUSTEE SALE NOTICE AND RELATED PAPERS**
**EXHIBIT "A" – TRUSTEE SALE NOTICE AND RELATED PAPERS**
**EXHIBIT "A" – TRUSTEE SALE NOTICE AND RELATED PAPERS**
**EXHIBIT "A" – TRUSTEE SALE NOTICE AND RELATED PAPERS**
**EXHIBIT "A" – TRUSTEE SALE NOTICE AND RELATED PAPERS**
**EXHIBIT "A" – TRUSTEE SALE NOTICE AND RELATED PAPERS**
**EXHIBIT "A" – TRUSTEE SALE NOTICE AND RELATED PAPERS**
**EXHIBIT "A" – TRUSTEE SALE NOTICE AND RELATED PAPERS**

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
20160521627  07/25/2016  09:45
ELECTRONIC RECORDING

1469463300022-3-1-1--
Palumboa

TS No.: 2016-00510-AZ

Recording Requested by:

When Recorded Mail to:
**Western Progressive – Arizona, Inc.**
**Northpark Town Center**
**1000 Abernathy Rd NE; Bldg 400, Suite 200**
**Atlanta, GA 30328**

TS No. 2016-00510-AZ

## NOTICE OF TRUSTEE'S SALE

The following legally described trust property will be sold, pursuant to the power of sale under that certain Deed of Trust dated 04/20/2006 and recorded on 04/26/2006 as Instrument No. 20060559064, Book --- Page --- and rerecorded on as in the official records of Maricopa County, Arizona, NOTICE! IF YOU BELIEVE THERE IS A DEFENSE TO THE TRUSTEE SALE OR IF YOU HAVE AN OBJECTION TO THE TRUSTEE SALE, YOU MUST FILE AN ACTION AND OBTAIN A COURT ORDER PURSUANT TO RULE 65, ARIZONA RULES OF CIVIL PROCEDURE, STOPPING THE SALE NO LATER THAN 5:00 P.M. MOUNTAIN STANDARD TIME OF THE LAST BUSINESS DAY BEFORE THE SCHEDULED DATE OF THE SALE, OR YOU MAY HAVE WAIVED ANY DEFENSES OR OBJECTIONS TO THE SALE. UNLESS YOU OBTAIN AN ORDER, THE SALE WILL BE FINAL AND WILL OCCUR at public auction to the highest bidder At the main entrance of the Superior Court Building 201 West Jefferson Phoenix, AZ 85003, in Maricopa County, on 11/18/2016 at 12:30 PM of said day:

**Legal Description:**
LOT 103, KNOELL VILLE MONACO, ACCORDING TO BOOK 155 OF MAPS, PAGE 27, RECORDS OF MARICOPA COUNTY, ARIZONA.

Purported Street Address:      1924 EAST DUKE DRIVE, TEMPE, AZ 85283

Tax Parcel Number:             301-01-910 6

Original Principal Balance:    **$ 128,000.00**



n 1.1 AZ NOS 0416

Page 1 of 3

930711001170875922555

20160521627

TS No.: 2016-00510-AZ

# NOTICE OF TRUSTEE'S SALE

Name and Address of Current Beneficiary:

U.S. BANK NATIONAL ASSOCIATION, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-10N

c/o Ocwen Loan Servicing, LLC
1661 Worthington Road
West Palm Beach, FL 33409

Name and Address of Original Trustor:

ANDY S MANRIQUE, AN UNMARRIED MAN

1924 East Duke Drive, Tempe, AZ 85283

Name, Address and Telephone Number of Trustee:

Western Progressive – Arizona, Inc.
Northpark Town Center
1000 Abernathy Rd NE; Bldg 400, Suite 200
Atlanta, GA 30328
(866) 960-8299

Version 1.1 AZ NOS 0416

Page 2 of 3

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
20160411090  06/14/2016  09:05
ELECTRONIC RECORDING

1465919259118-2-1-1--
Hoyp

TS No.: 2016-00510-AZ

RECORDING REQUESTED BY:
Premium Title Agency, Inc

AND WHEN RECORDED MAIL TO:
Western Progressive - Arizona, Inc.
Northpark Town Center, 1000 Abernathy Rd NE; Bldg 400, Suite 200, Atlanta, GA 30328

TS No.: 2016-00510-AZ

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## SUBSTITUTION OF TRUSTEE

**WHEREAS, Andy S Manrique, An Unmarried Man** was the original Trustor, **FIDELITY NATIONAL TITLE - ROSE** was the original Trustee, and AMERICAN MORTGAGE SPECIALISTS, INC., AS LENDER, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS BENEFICIARY, was the original Beneficiary under that certain Deed of Trust dated **04/20/2006** and recorded on 04/26/2006 as Instrument No. **20060559064**, in book ---, page --- of Official Records of **Maricopa** County, Arizona, and describe as follows

LOT 103, KNOELL VILLE MONACO, ACCORDING TO BOOK 155 OF MAPS, PAGE 27, RECORDS OF MARICOPA COUNTY, ARIZONA.

Pursuant to A.R.S. 33 – 803(A)(6), the trustee herein qualifies as a trustee of the Deed of Trust in the trustee's capacity as a corporation all the stock of which is owned by Premium Title Agency, Inc., an escrow agent in the state of Arizona. The regulators of Premium Title Agency are the Arizona Department of Insurance and the Arizona Department of Financial Institutions. Western Progressive – Arizona, Inc. is registered with the Arizona Corporation Commission.

**WHEREAS,** the undersigned is the present Beneficiary under said Deed of Trust, and

**WHEREAS,** the undersigned desires to substitute a new Trustee under said Deed of Trust in place and instead of said original Trustee, or Successor Trustee, thereunder, in the manner in said Deed of Trust provided,



Version 1.1 AZ SOT 0416

20160411090

TS No.: 2016-00510-AZ

**NOW, THEREFORE,** the undersigned hereby substitutes **Western Progressive - Arizona, Inc., Northpark Town Center, 1000 Abernathy Rd NE; Bldg 400, Suite 200, Atlanta, GA 30328** as Trustee under said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

Dated: June  9  , 2016

**U.S. BANK NATIONAL ASSOCIATION, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-10N, By its servicer Ocwen Loan Servicing, LLC**

*Peter Nocero*

**Peter Nocero  Contract Management Coordinator**

State of Pennsylvania} ss.
County of Montgomery }

The foregoing instrument was acknowledged and sworn before me this ~~Kimberly Brown~~ 9 KB 6/9/16 day of ____June____ , 2016, by ____Peter Nocero____ as ____Contract Management Coordinator____ of Ocwen Loan Servicing, LLC., who is personally known to me or who has produced ____N/A____ as identification.

*Kimberly Brown*

**Kimberly Brown**
Notary Public-State of Pennsylvania
My Commission Expires: 4/14/18

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
Kimberly Brown, Notary Public
Upper Dublin Twp., Montgomery County
My Commission Expires April 14, 2018

Version 1.1 AZ SOT 0416

20160521627

TS No.: 2016-00510-AZ

# NOTICE OF TRUSTEE'S SALE

## SALE INFORMATION:
Sales Line: (866) 960-8299
Website: http://www.altisource.com/MortgageServices/DefaultManagement/TrusteeServices.aspx

DATED:    July 21, 2016
_____

Western Progressive – Arizona, Inc.

*Keisha Lyons*

**Keisha Lyons, Trustee Sale Assistant**

Pursuant to A.R.S. 33 – 803(A)(6), the trustee herein qualifies as a trustee of the Deed of Trust in the trustee's capacity as a corporation all the stock of which is owned by Premium Title Agency, Inc., an escrow agent in the state of Arizona. The regulators of Premium Title Agency are the Arizona Department of Insurance and the Arizona Department of Financial Institutions. Western Progressive – Arizona, Inc. is registered with the Arizona Corporation Commission.

STATE OF Georgia
COUNTY OF Fulton

On July 21, 2016, before me, the undersigned C. Scott, a Notary Public in and for the said State, duly commissioned and sworn, personally appeared Keisha Lyons, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person who executed the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument, the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____
C. Scott, NOTARY PUBLIC



C. SCOTT
NOTARY
EXPIRES
GEORGIA
AUG. 25, 2018
PUBLIC
DEKALB COUNTY

n 1.1 AZ NOS 0416

Page 3 of 3

TS No.: 2016-00510-AZ

**Western Progressive - Arizona, Inc.**
**Northpark Town Center**
**1000 Abernathy Rd NE; Bldg 400, Suite 200**
**Atlanta, GA 30328**
**(866) 960-8299**

Date: July 27, 2016

T.S. Number: 2016-00510-AZ

## DEBT VALIDATION NOTICE

1.   The enclosed document relates to a debt owed to:
     **U.S. BANK NATIONAL ASSOCIATION, as Trustee for LEHMAN XS TRUST MORTGAGE**
     **PASS-THROUGH CERTIFICATES, SERIES 2006-10N**

2.   You may send us a written request for the name and address of the original creditor, if different from the current creditor, and we will obtain and mail the information within thirty (30) days after we receive your written request.

3.   As of 08/01/2016 the total delinquency owed was **$ 14,022.76**, because of interest, late charges, and other charges that may vary from day to day this amount will increase until the delinquency has been fully paid.  Before forwarding payment please contact the above at the address or phone number listed in order to receive the current amount owed.

4.   As of **July 27, 2016**, the amount required to pay the entire debt in full was the unpaid principal balance of $105,748.22, plus interest from 01/01/2015, late charges, negative escrow and attorney and/or trustee's fees and costs that may have been incurred.  The amount will increase daily until the debt has been paid in full.  For further information please write to the above listed address or call **(866) 960-8299**

5.   You may dispute the validity of this debt, or any portion thereof, by contacting our office within thirty (30) days after receiving this notice.  In that event, we will obtain and mail to you written verification of the debt.  Otherwise, we will assume that the debt is valid.

### WE ARE ATTEMPTING TO COLLECT A DEBT, AND ANY INFORMATION
### WE OBTAIN WILL BE USED FOR THAT PURPOSE.

"The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language.  Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work.  For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt.  Collectors may contact another person to confirm your location or enforce a judgment.  For more information about debt collection activities, you may contact the Federal Trade Commission at 1/877/FTC-HELP or www.ftc.gov."



Version 1.1 AZ DVF 0515

TS No.: 2016-00510-AZ

======================================================================
# STATEMENT OF BREACH OR NON-PERFORMANCE
======================================================================

TS No.:2016-00510-AZ

**NOTICE IS HEREBY GIVEN** that a breach or non-performance of the Trust Deed mentioned in the "Notice of Trustee's Sale" to which this Statement of Breach or Non-Performance is attached has occurred.  The nature of such breach of non-performance is as follows:

**Installment of Principal and Interest plus impounds and/or advances which became due on 02/01/2015 plus late charges, and all subsequent installments of principal, interest, balloon payments, plus impounds and/or advances and late charges that become payable.**
**You are responsible to pay all payments and charges due under the terms and conditions of the loan documents which come due subsequent to the date of this notice, including, but not limited to, foreclosure trustee fees and costs, advances and late charges.**
**Furthermore, as a condition to bring your account in good standing, you must provide the undersigned with written proof that you are not in default on any senior encumbrance and provide proof of insurance. Nothing in this notice of default should be construed as a waiver of any fees owing to the beneficiary under the deed of trust, pursuant to the terms and provisions of the loan documents.**

The Beneficiary elects to sell or cause to be sold such property under the Trust Deed.

Dated:**July 21, 2016**

                          **Western Progressive - Arizona Inc.**

                          *Keisha Lyons*
                          **Keisha Lyons, Trustee Sale Assistant**

        IF YOUR PROPERTY IS IN FORECLOSURE because you are delinquent in payments, it may be sold without any court action as stated in the enclosed Notice of Trustee's Sale.  You have the legal right to bring your account in good standing by paying all your past due payments plus permitted costs and expenses within 90 days from the date the Notice of Trustee's Sale was recorded.

        IF YOUR INTEREST IN THE TRUST PROPERTY IS SUBORDINATE in priority to that of the Deed of Trust being foreclosed, your interest may be subject to being terminated by the Trustee's Sale.
To find out the amount you must pay or to arrange for payment to stop the foreclosure or if your property is in foreclosure for any other reason, contact:

                          **Ocwen Loan Servicing LLC**
                          **1661 Worthington Road**
                          **West Palm Beach, FL 33409**
                          **Phone: 877-596-8580**

I.1 AZ SOB 0515                                                          Page 1 of 1