**CAMPBELL & COOMBS, P.C.**
1811 S. Alma School, Suite 225
Mesa, Arizona 85210
Phone: (480) 839-4828
Fax: (480) 897-1461
heciii@haroldcampbell.com
vincnt@haroldcampbell.com

Harold E. Campbell
State Bar No. 005160
Vincent R. Mayr
State Bar No. 013954
*Attorneys for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ANDY S. MANRIQUE<br>                Debtor. | Chapter 11 Proceeding<br><br>Case No. 2:10-BK-33580-BKM<br><br>**NOTICE OF HEARING ON MOTION TO ENFORCE SETTLEMENT AGREEMENT, CANCEL OR CONTINUE TRUSTEE'S SALE AND PROVIDE ACCURATE REINSTATEMENT FIGURES**<br><br>**Hearing Location**: US Bankruptcy Court District of Arizona<br>**Courtroom No. 701**, 7th Floor<br>230 N. 1st Avene<br>Phoenix, Arizona 85003<br>**Hearing Time**: 1:30 P.M.<br>**Hearing Date:** November 16, 2016 |

## NOTICE OF HEARING

Notice is Hereby Given that the debtor filed a Motion to Enforce Settlement Agreement, Cancel or Continue Trustee's Sale and Provide Accurate Reinstatement Figures with the court on October 12, 2016 at Docket No. 230. A Hearing Shall be Held to Consider the Motion and any Objections or Responses thereto at the following location and time:

**Hearing Location**: US Bankruptcy Court

District of Arizona

**Courtroom No. 701**, 7th Floor

230 N. 1st Avene

Phoenix, Arizona 85003

**Hearing Time**: 1:30 P.M.

**Hearing Date:** November 16, 2016

**Any party desiring to object to the motion must file an appropriate pleading with the Clerk of the US Bankruptcy Court, District of Arizona, 230 N. 1st Avenue, Suite 101, Phoenix, Arizona 85003 and serve a copy on debtor's counsel at the address on the first page of this Notice, at the top left corner of the page NO LATER THAN NOVEMBER 14, 2016.**

**DATED** this 14th day of October, 2016.

        **CAMPBELL & COOMBS, P.C.**

        By: /s/ *Vincent R. Mayr 013954*
            Harold E. Campbell
            Vincent R. Mayr
            *Attorneys for Debtor*